# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

**United States of America**

v. __Horst Ticha__, *Defendant*

Case No. __23 CR 342 (OEM)__

## ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Conditions of Release below and:
( ) On **Personal Recognizance** on the defendant's promise to appear at all scheduled proceedings as required, or
(✓) Upon **Bond** executed by the defendant in the amount of $ __See attached__ , which shall be
  ( ) unsecured; (✓) cosigned by the financially responsible sureties identified on this bond;
  (✓) secured by Collateral set forth on the Appearance Bond Supplement.

### CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to the following conditions, which the Court finds are the least restrictive conditions necessary to reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

(1) The defendant must appear in court as required and surrender as directed for service of any sentence imposed.
(2) The defendant must not commit a federal, state or local crime while on release.
(3) The defendant must cooperate in the collection of DNA sample if it is authorized by 34 U.S.C. § 40702.
(4) The defendant must advise the Court in writing before making any change in residence or telephone number.
(5) The defendant must not possess a firearm, destructive device or other dangerous weapon.
(6) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Marijuana is still prohibited under federal law.
(7) As marked below, the defendant must also:
  (✓) (a) submit to pretrial supervision and report to Pretrial Services as directed. The defendant is subject to random home contacts and verification of employment as deemed appropriate to monitor compliance with the conditions of release. The defendant shall notify Pretrial Services as soon as possible of any arrests.
  ( ) (b) ( ) continue or actively seek employment. ( ) continue or start an education and/or vocational program.
  ( ) (c) surrender any passport to Pretrial Services by _____ and not obtain a passport or any international travel document.
  (✓) (d) not leave the following areas except for travel to and from court: (✓) New York City; (✓) Long Island; ( ) New York State; ( ) New Jersey; ( ) Continental United States; ( ) as approved by Pretrial Services; ( ) other: _____.
  ( ) (e) not have any contact with the following individual(s), location or entity: _____.
  ( ) (f) maintain residence at: _____ or at a location approved by Pretrial Services.
  ( ) (g) undergo testing, evaluation and/or treatment for substance abuse as directed by Pretrial Services.
  ( ) (h) undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
  ( ) (i) be subject to the following component of location monitoring, with technology as determined by Pretrial Services:
    ( ) (i) **Curfew** – restricted to residence ( ) daily from _____ to _____ ; or ( ) as directed by Pretrial Services.
    ( ) (ii) **Home Detention** – restricted to residence at all times, except for court appearances, court-ordered obligations, attorney visits, religious services, medical appointments, employment, education, substance abuse/mental health services and other activities approved in advance by Pretrial Services. Additionally, the Court permits: _____.
    ( ) (iii) **Home Incarceration** – 24-hour lock-down at residence, except for medical necessities, court appearances, and any other activities ordered by the Court.
    ( ) (iv) **Stand Alone Monitoring** – no residential restrictions; this condition will be used in conjunction with global positioning system (GPS) technology.
  ( ) (j) pay all or part of cost of location monitoring, based on ability to pay as determined by Pretrial Services.
  (✓) (k) __abide by all release conditions, bond + sureties stated in the attached SDFL orders as amended__

## APPEARANCE BOND

I, the undersigned defendant, and each surety who signs the bond, acknowledge that I have read this Order Setting Conditions of Release and Appearance Bond and have either read all the other conditions of release or have had those conditions explained to me. (If the bond is secured by collateral, complete Appearance Bond Supplement.)

| , Surety | Address | Date |
| , Surety | Address | Date |
| , Surety | Address | Date |

## RELEASE OF THE BOND

This appearance bond may be terminated at any time by the Court. This bond will be satisfied, and the collateral will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## FORFEITURE OF THE BOND

If the defendant does not comply with the conditions set forth in this Order Setting Conditions of Release and Appearance Bond, this appearance bond may be forfeited and the Court may immediately order the amount of the bond and any collateral to be surrendered to the United States. At the request of the United States, the Court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT – YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

- Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
- While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years, and for a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive to (*i.e.*, must follow) any other sentence you receive.
- It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the Court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
- If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
- A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Release of the Defendant is hereby ordered on 1/19/2024.
*Date*

S/ Marcia M. Henry, US M J
*Judicial Officer's Signature*

Judge Marcia Henry

(Revised 03/2020)

US -v- Horst Jicha

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

EDNY
23 CR 342
(OEM)

APPEARANCE BOND: _____

CASE NO.: 23-mj-04496

UNITED STATES OF AMERICA:

       Plaintiff,

v.                                                USM #: 92800-510

Horst Jicha, Defendant,

                                            /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $5 million PSB with 20% deposit to court registry. Co-signed by Ewa Jicha; Nicolas Barber; Patrick Barber; Derrick Barber; Celina Jicha; Isabel Jicha; Jasmine Jicha; Sven Jicha

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case; MD IQF

✓ b. Report to Pretrial Services as follows: (✓) as directed or ___ time(s) a week in person and ~~2 time(s) a week~~ by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

✓ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.; list to be provided by AUSA to PTS

✓ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE THREE

✓ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (✓) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

　__ Location monitoring technology at the discretion of the officer
　__ Radio Frequency (RF) monitoring (Electronic Monitoring)
　✓ Active GPS Monitoring
　__ Voice Recognition
　__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

　　　　　　　　　　　　　　　　　OR

　✓ Home Detention: You are restricted to your residence at all times except for:
　　(✓) medical
　　( ) substance abuse or mental health treatment
　　(✓) court appearances
　　(✓) attorney visits or court ordered obligations
　　(✓) religious services
　　( ) employment
　　(✓) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

　　( ) employment
　　( ) education
　　( ) religious services
　　( ) medical, substance abuse, or mental health treatment
　　( ) attorney visits
　　( ) court appearances
　　( ) court ordered obligations
　　( ) reporting to Pretrial Services
　　( ) other _____

✓ q. Third-Party Custody: __Ewa Jicha_____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

✓ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE FOUR

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. **Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:**
   1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. ( ) The defendant shall not be involved in any children's or youth organizations.
   8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment. KTF MD

✓ u. May travel to ~~and from~~ ~~EDNY~~ /NYC and movement between SDNY + EDNY in NYC and its burroughs, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond:
MD KTF ~~In addition to condition (b) above, defendant must report to Pretrial Services 3 times daily by phone.~~ upon release defendant will immediately arrange to travel to the EDNY and will inform his Pretrial Services Officer and/or Kaitlin Pharell of his travel itinerary. defendant must obtain housing in EDNY and report 1/19/24 his residence to Pretrial no later than Jan. 19, 2024; ~~defendant~~ KTF must arrange for an electronic keypad on his residence that MD will log entry and exit, which log will be provided to pretrial ~~bond~~.   ← see attachment →

1) Defendant is allowed to travel one time from SD of FL to ED/SD of NY after his release. After arrival, travel is restricted to the ED & SD within the City of N.Y.
2) Permissible Search. (Letter R of the bond document)
3) Third-Party Custodian: Ewa Jicha.
4) After his release, the defendant shall make travel arrangements to NY. Defendant must notify, immediately, the AUSA Kaitlyn Farrell of his travel itinerary.
5) Defendant must obtain housing in the ED of NY and must notify PTS of his new address by January 19, 2024.
6) ~~Defendant shall obtain an electronic keypad at his residence that will log his entry and exit of his residence. Log to be provided to PTS on a weekly basis.~~ NO KTF
7) Defendant is allowed to stay at the EPIC hotel, 270 Biscayne Boulevard, Miami while making travel plans to NY City.

DEFENDANT: 23 mj 04496
CASE NUMBER:
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Horst Jicha
CASE NUMBER: 23-MJ-04496
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 16 day of January, 2024 at Miami-Dade, Florida

Signed and acknowledged before me:
DEFENDANT: (Signature) H. Jicha
WITNESS: David Tarro, Esq.
City: Miami   State: Florida
City: Miami   State: Florida

### CORPORATE SURETY

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: ___
AGENT: (Signature) ___
PRINT NAME: ___
City: ___   State: ___

### INDIVIDUAL SURETIES

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature) Ewa Jicha
PRINT NAME: Ewa Jicha
RELATIONSHIP TO DEFENDANT: partner
City: Kornwestheim   State: Baden-Württemberg

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature) Patrick Barber
PRINT NAME: Patrick Barber
RELATIONSHIP TO DEFENDANT: brother of boyfriend
City: Stuttgart   State: Baden-Württemberg

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature) ___
PRINT NAME: Nicholas Barber
RELATIONSHIP TO DEFENDANT: boyfriend of daughter
City: Stuttgart   State: Baden-Württemberg

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature) ___
PRINT NAME: Derrick Barber
RELATIONSHIP TO DEFENDANT: father of boyfriend
City: ___   State: ___

### APPROVAL BY THE COURT

Date: 1-17-2024

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

DEFENDANT: Horst Jicha
CASE NUMBER: 23-MJ-04496
PAGE SIX

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 16 day of January, 2024 at Miami, Florida
Signed and acknowledged before me:
WITNESS: David Tam     DEFENDANT: (Signature) H. Jicha
Miami, Florida    City: Miami    State: FL
Esq.

**CORPORATE SURETY**

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: ___
AGENT: (Signature) ___
PRINT NAME: ___

**INDIVIDUAL SURETIES**

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature)
PRINT NAME: Celine Jicha
RELATIONSHIP TO DEFENDANT: daughter
City: Stuttgart    State: Bad.-Württ.

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature) S. Jicha
PRINT NAME: Sven Jicha
RELATIONSHIP TO DEFENDANT: Son
City: Sissen    State: Baden-Württemberg

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature)
PRINT NAME: Jasmine Jicha
RELATIONSHIP TO DEFENDANT: daughter
City: Füssen    State: Baden-Württemberg

Signed this 16 day of January, 2024 at ___, Florida
SURETY: (Signature)
PRINT NAME: Isabel Jicha
RELATIONSHIP TO DEFENDANT: daughter
City: Füssen    State: Baden-Württemberg

**APPROVAL BY THE COURT**

Date: 1-17-2024

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

Generated: Jan 17, 2024 12:24PM                                             Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jan 17, 2024 12:24PM

TACHE BRONIS, DESCALZO P.A.

MIAMI, FL 33131

Rcpt. No: 281216               Trans. Date: Jan 17, 2024 12:24PM               Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 701 | Treasury Registry | DFLS123MJ0044096 /001<br>FBO: Horst Jicha | 1 | 1000000.00 | 1000000.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #325000839 | 01/16/2024 | $1,000,000.00 |

Total Due Prior to Payment:  $1,000,000.00
Total Tendered:  $1,000,000.00
Total Cash Received:  $0.00
Cash Change Amount:  $0.00

Comments: 1:23-mj-04496-JG-1/Horst Jicha REMITTER: Tache, Bronis, Christianson and Descalzo, F

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

**CASHIER'S CHECK**

**FIRST HORIZON**

325000839

DATE: 01/16/2024

$1,000,000.00

Remitter: Tache Bronis, Descalzo P.A.

Pay to the Order of: United States District Court, Southern District of Florida

One Million Dollars And 00/100 ¢

Corporate Controller

Memo:

⑆325000839⑆ ⑈064201324⑈ 974000 7⑋

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: 23 - mj - 04496

UNITED STATES OF AMERICA:

    Plaintiff,

v.

USM #: 92800-510

Defendant,

Horst Jicha                /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ 500,000 CSB    co-signed by Ewa Jicha

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

    1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

    2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

    3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

    4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

    5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: ( ✓ ) as directed or ___ time(s) a week in person and 1st time(s) a week by telephone; *[handwritten: 1st day]*

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

✓ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.; *[handwritten: list to be provided by AUSA to PTS]*

✓ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

✓ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Jicha
CASE NUMBER: 23 mj 04496
PAGE THREE

✓ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (✓) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

　__ Location monitoring technology at the discretion of the officer
　__ Radio Frequency (RF) monitoring (Electronic Monitoring)
　✓ Active GPS Monitoring
　__ Voice Recognition
　__ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the supervising officer.

OR

　✓ Home Detention: You are restricted to your residence at all times except for:
　　(✓) medical
　　( ) substance abuse or mental health treatment
　　(✓) court appearances
　　(✓) attorney visits or court ordered obligations
　　(✓) religious services
　　( ) employment
　　(✓) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

　　( ) employment
　　( ) education
　　( ) religious services
　　( ) medical, substance abuse, or mental health treatment
　　( ) attorney visits
　　( ) court appearances
　　( ) court ordered obligations
　　( ) reporting to Pretrial Services
　　( ) other _____

✓ q. Third-Party Custody: __Ewa Jicha__ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

✓ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE FOUR

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. <u>Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:</u>

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to ~~and from EDNY~~ NYC and movement between SDNY + EDNY, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond: KTF  in NYC and burroughs by pretrial
In addition to condition (b) above, defendant must report to Pretrial Services ~~2 times daily by phone~~ as directed. Upon release defendant will immediately arrange to travel to the EDNY and will inform his Pretrial Services Officer and/or Kaitlin Pharell of his travel itinerary. Defendant must obtain housing in EDNY and report his residence to Pretrial no later than Jan. 19 2024. ~~Defendant must arrange for an electronic keypad on his residence that will log entry and exit, which log will be provided to pretrial weekly.~~
*See attachment →

KTF 1/19/24
MS

Case 1:23-cr-00342-OEM   Document 10   Filed 01/19/24   Page 17 of 20 PageID #: 182
Case 1:23-mj-04496-JG   Document 15   Entered on FLSD Docket 01/17/2024   Page 5 of 8
Case 1:23-mj-04496-JG   Document 8   Entered on FLSD Docket 01/09/2024   Page 2 of 2

1) *Defendant is allowed to travel one time from SD of FL to ED/SD of NY after his release. After arrival, travel is restricted to the ED & SD within the City of N.Y.
2) Permissible Search. (Letter R of the bond document)
3) Third-Party Custodian: Ewa Jicha.
4) After his release, the defendant shall make travel arrangements to NY. Defendant must notify, immediately, the AUSA Kaitlyn Farrell of his travel itinerary.
5) Defendant must obtain housing in the ED of NY and must notify PTS of his new address by January 19, 2024.
6) ~~Defendant shall obtain an electronic keypad at his residence that will log his entry and exit of his residence. Log to be provided to PTS on a weekly basis.~~ KTF
7) Defendant is allowed to stay at the EPIC hotel, 270 Biscayne Boulevard, Miami while making travel plans to NY City.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Jicha
CASE NUMBER: 23-mj-04496
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

**DEFENDANT**

Signed this 9th day of January, 2024 at Miami, Florida
Signed and acknowledged before me:
WITNESS: [signature]
DEFENDANT: (Signature) [signature]
City: Miami  State: FL
City: Miami  State: FL

**CORPORATE SURETY**

Signed this 16 day of Jan, 2024 at Miami, Florida
SURETY: Allegheny Cas. Co
500 S. Andrews Ave #190
Ft. Lauderdale FL. 33301
AGENT: (Signature) [signature]
PRINT NAME: Mark Durkee

**INDIVIDUAL SURETIES**

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: (Signature) X [signature]
PRINT NAME: Ewa Jicha
RELATIONSHIP TO DEFENDANT: Wife
City: Miami  State: FL

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: (Signature) ___
PRINT NAME: ___
RELATIONSHIP TO DEFENDANT: ___
City: ___  State: ___

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: (Signature) ___
PRINT NAME: ___
RELATIONSHIP TO DEFENDANT: ___
City: ___  State: ___

Signed this ___ day of ___, 20___ at ___, Florida
SURETY: (Signature) ___
PRINT NAME: ___
RELATIONSHIP TO DEFENDANT: ___
City: ___  State: ___

## APPROVAL BY THE COURT

Date: 1-17-2024

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

**POWER OF ATTORNEY**
**Allegheny Casualty Company**
PO Box 5600, Thousand Oaks, CA 91359
(800) 935-2245  poa@aiasurety.com

| | |
|---|---|
| Only the original Power of Attorney will bind this surety. | POWER NUMBER: AF500K-1146 |

THIS POWER VOID IF NOT USED BY: December 31, 2024    POWER AMOUNT $ 500,000

KNOW ALL MEN BY THESE PRESENTS, that **Allegheny Casualty Company**, a surety corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED. THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF FIVE HUNDRED THOUSAND***************************

AND SHALL ONLY BE EXECUTED FOR FEDERAL COURT BAIL BONDS.
A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 500,000.00    Date Executed 1/16/24
Defendant HORST JICHA    D.O.B.
Case # 23-MJ 04496    Appearance Date
Offense CONY / SECURITIES FRAUD CONSPIRACY
Court County MIAMI DADE    Total Premium Charged 75,000.
Court City MIAMI    Court State FL    Div./Dept. FEDERAL
If rewrite, give orig. power #    ☐ Increase  ☐ Decrease
Executing Agent: MARK DULEE

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said **Allegheny Casualty Company**, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Executive Vice Presidents, this 10th day of January 2023.

Robert Kersnick, Executive Vice President
James D. Portman, Executive Vice President

[ALLEGHENY CASUALTY COMPANY CORPORATE SEAL 1936 NEW JERSEY]

FEDERAL BAIL BONDS ONLY

Form# ACC.0102 (09/23)    ORIGINAL    1204200815