UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

v.                                               Case No. 23-CR-342
                                                 **UNOPPOSED MOTION**
HORST JICHA,                                     **MODIFY BOND**
                                                 **CONDITIONS**

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Horst Jicha, through undersigned counsel, hereby files this Unopposed Motion to Modify

Bond Conditions, and in support thereof states as follows:

1.  Mr. Jicha was arrested on December 27, 2023, in the Southern District of Florida.

2.  On January 17, 2024, Mr. Jicha was released from pretrial detention on stipulated bond

conditions, and his case was removed from the Southern District of Florida to the Eastern District

of New York.

3.  Mr. Jicha has been living with his partner, Ewa Jicha, in the E.D.N.Y. while on bond. He

has been fully compliant with the conditions of his bond.

4.  Mr. Jicha asks this Court to modify his conditions of bond to allow him to go to a local

gym to exercise for two hours each day. The gym, Retro Fitness, is located at 2244 Church Avenue,

Brooklyn, New York 11226. The two-hour time limit would include his travel to and from the gym

and would occur during a time in the day that has been pre-approved by Pre-Trial Services.

5.  Undersigned counsel has conferred with counsel for the Government. The Government

does not oppose Mr. Jicha's request. Pre-Trial Services has also approved this request.

WHEREFORE, Mr. Jicha respectfully requests this Court grant his Unopposed Motion to

Modify Bond Conditions.

Dated: February 28, 2024                    Respectfully submitted,

                                            /s/ *Marissel Descalzo*
                                            **Marissel Descalzo, Esq.**
                                            Fla. Bar No. 669318
                                            TACHE, BRONIS & DESCALZO, P.A.
                                            150 SE Second Ave Suite 600
                                            Miami, Florida 33131
                                            T: 305-537-9565
                                            F: 305-537-9567
                                            mdescalzo@tachebronis.com
                                            service@tachebronis.com

                                            /s/ *David Tarras*
                                            **David Tarras, Esq.**
                                            Rossen Law Firm
                                            5301 N. Federal Highway Suite 255
                                            Boca Raton, Florida 33487
                                            david@rossenlawfirm.com
                                            P: 561-880-8181
                                            *Counsel for Horst Jicha*

## CERTIFICATE OF SERVICE

I CERTIFY that on February 28, 2024, the foregoing document was filed electronically via CM/ECF which will serve all parties of record.

                                            /s/ *Marissel Descalzo*
                                            **Marissel Descalzo, Esq.**