

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KTF
F. #2017R02234

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 10, 2024

<u>By ECF</u>

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Horst Jicha</u>
     <u>Criminal Docket No. 23-342 (OEM)</u>

Dear Judge Merchant:

  The government respectfully writes in advance of today's 11:30 a.m. status conference to ensure that Your Honor has been informed that the defendant apparently tampered with his ankle bracelet on Friday, October 4, 2024, and has absconded in violation of his pretrial conditions. Pretrial Services alerted the government approximately 12 hours after Mr. Jicha's bracelet ceased working. The government understands that Pretrial Services sought an arrest warrant that evening from The Honorable Marcia M. Henry, United States Magistrate Judge, and the government has requested copies of all the underlying relevant materials. We assume these have already been provided to Your Honor by Pretrial Services, but alert you to these facts in an abundance of caution.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

         By:    /s/
              Kaitlin Farrell
              Genny Ngai
              Daniel Marcus
              Assistant U.S. Attorneys
              718-254-7000

cc: Clerk of the Court (OEM) (By ECF)
   Counsel of Record (By ECF)